# EXHIBIT A

From: **Wendy Moore** <<u>wendy@themoorelawgroupllc.com</u>>
Date: Wed, Aug 16, 2023 at 3:41 PM

Subject: Watkins v. Union Kitchen - Service of Process of Lawsuit Attached
To: cullen@unionkitchen.com <cullen@unionkitchen.com>

Mr. Gilchrist,

After multiple attempts to serve you via process server, we applied to the court for permission to serve you via electronic mail. The court has granted that request.

Please be advised that this email contains legal documents including a summons that requires you to serve an Answer or any other responsive pleading or before October 5, 2023. You must also appear for the Remote Scheduling Conference currently scheduled for October 13, 2023, at 9:30 am. Instructions for accessing this hearing, the Summons, Court Orders and Complaint are attached.

You have been officially served via this email in your capacity as Resident Agent for Union Kitchen.



Wendy Hartmann Moore
The Moore Law Group, LLC
323 West Camden Street, Suite 410
Baltimore, MD 21201
(o) 410-624-7808
(c) 202-213-3825
(f) 410-401-8981

This is being served upon you as the Registered Agent for Union Kitchen.



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

LAUREN WATKINS
_____
                                                    Plaintiff

vs.                                                                      Case Number   2023- CAB- 001065

UNION KITCHEN, LLC
_____
                                                    Defendant

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Wendy H. Moore
_____
Name of Plaintiff's Attorney

323 W. Camden Street, Suite 410
_____
Address
Baltimore, Maryland 21201

410- 624- 7808
_____
Telephone

_Clerk of the Court_

By _____
                                    Deputy Clerk

Date   May 23, 2023
_____

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주세요          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                               Demandante

contra

Número de Caso: _____

_____
                                 Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____

_____
Dirección
                                      Subsecretario

_____

Fecha _____

_____
Teléfono

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시오      ኣማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

LAUREN WATKINS
_____
                                    Plaintiff
                    vs.

                                              Case Number  2023- CAB- 001065

CULLEN GILCHRIST
_____
                                    Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Wendy H. Moore                                    _Clerk of the Court_
_____
Name of Plaintiff's Attorney

323 W. Camden Street, Suite 410                   By _____
_____                         Deputy Clerk
Address
Baltimore, Maryland 21201
_____

410- 624- 7808                                    Date  May 23, 2023
_____
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주세요.       የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                              Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                                        Demandante

contra

                                        Número de Caso: _____

_____
                                        Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                                        Por: _____

_____
Dirección                                        Subsecretario

_____
                                        Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                        Super. Ct. Civ. R. 4

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

LAUREN WATKINS      *
712 H Street, NE, # 1484     *
Washington, DC 20002     *
           *
   Petitioner,      *
           *
           *
           *
           *
           *
           *   Case No:
           *
     v.       *
           *
           *
           *
UNION KITCHEN, LLC     *
1369 New York Avenue, NE   *
Washington, DC 20002     *
           *
And           *
           *
CULLEN GILCHRIST      *
1369 New York Avenue, NE   *
Washington, DC 20002     *
           *
           *
           *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT AND DEMAND FOR JURY TRIAL

    Plaintiff Lauren Watkins ("Plaintiff"), by her attorneys, Wendy Hartmann Moore

and Henderson J. Brown, hereby files her Complaint pursuant to the Fair Labor

Standards Act ("FLSA"), 20 U.S.C. §§ 201 *et. seq*, District of Columbia Minimum Wage

Act ("DMWA") DC. Code, §§ 32-1003(c), *et seq,* and the District of Columbia Wage

Payment and Collection Law ("WPCL") D.C. Code, §§ 32-1301, *et.seq.* against Union

Kitchen, LLC. ("Defendant") and Cullen Gilchrist ("Gilchrist") and alleges as follows:

## PARTIES

1.      At all times during the events in this Complaint, Plaintiff lived and

worked in the District of Columbia.

2.      Defendant is a Delaware Limited Liability Company that regularly carries

on business and maintains its principal place of business in Washington, DC.

Defendant does not appear to be registered to do business in DC.

3.      Defendant Gilchrist is the managing member with operational control of

Defendant Union Kitchen.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over this civil action pursuant to D.C. Code

§ 11-921.

5.      This Court has jurisdiction over Defendants pursuant to D.C. Code

§ 13-432 because Defendants transact business in the District of Columbia. The

discriminatory conduct complained of herein arises out of these business activities.

6.      Venue is proper in the District of Columbia because Defendants

maintained, managed, operated, and owned Union Kitchen, LLC with locations

throughout the District of Columbia, including 1369 New York Avenue, NE,

Washington, DC 20002; 1924 8th Street, NW, Washington, DC 20001; 1251 9th Street, NW, Washington, DC 20001, 1301 K Street, NW, Washington, DC 20005.

FACTS

7.     Defendant is a privately held commercial establishment that is a retail store and an accelerator.

8.     Plaintiff was employed by Defendant in a variety of capacities beginning from January 3, 2019 until July 25, 2021. Plaintiff began as a Team Member and was promoted to Trainer on March 20, 2019. On or about April 29, 2019, Plaintiff was promoted to Supervisor. In all three positions, Plaintiff was paid an hourly wage.

9.     On or about September 9, 2019, Plaintiff was promoted to the position of People Manager. As People Manager, Plaintiff was paid an annual salary of $70,000. Although Plaintiff was considered by Defendant to be exempted from the Fair Labor Standards Act ("FLSA") and the DMWA, the actual duties Plaintiff was assigned and performed were not duties that fell within any of the accepted exceptions to either the FLSA or the DMWA.

10.     On or about March 15, 2020, Defendant, through its officer/owner, Mr. Cullen Gilchrist ("Gilchrist"), reduced Plaintiff's bimonthly pay from $2,692.31 to $1,538.46 (a reduction in pay from the promised salary of $70,000 to $40,000). However, at the time of the reduction, Gilchrist promised to continue to pay Plaintiff her original salary, he would defer the payment of $1,153.85 bimonthly to a time in the future. Plaintiff agreed to continue her employment at Union Kitchen by accepting the Gilchrist

3

proposal to immediately receive the bimonthly salary of $1,538.46 and defer the payment of $1,153.85. ("Deferred Compensation").

11.     On or about June 29, 2020, Defendants raised Plaintiff's bimonthly salary to $1,923.08 and her Deferred Compensation was reduced to $769.23 bimonthly.

12.     On or about October 5, 2020, Plaintiff's compensation was raised to $2,500 bimonthly and her Deferred Compensation was reduced to $192.31 bimonthly.

13.     On or about May 10, 2021, Plaintiff's full pay was restored.

14.     At several instances throughout the period of Deferred Compensation, Gilchrist affirmed his understanding of the agreement regarding the Deferred Compensation and renewed his prior promises to pay the Deferred Compensation.

15.     From May 10, 2021 until the present, Plaintiff has not received the Deferred Compensation despite having made multiple demands.

16.     At all relevant times, Plaintiff was an "employee" under the FLSA, the DMWA and the WPCL.

17.     At all times relevant, Defendant Union Kitchen was an "employer" under the FMLA, DMWA and the WPCL.

18.     At all times relevant, Defendant Gilchrist was an "employer" under the FMLA, DMWA, and the WPCL.

19.     At all times relevant, the Deferred Compensation constituted "wages" under the WPCL.

## FACTS COMMON TO COUNT 1 AND COUNT 2

20.     Upon her promotion to People Manager on or about September 9, 2019, Defendants Union Kitchen and Gilcrist classified Plaintiff as an exempt employee.

21.     As People Manager, Plaintiff did not supervise any other employees, did not exercise independent judgment or discretion in matters of significance, nor were her duties directly related to the management or general business operations of Union Kitchen.  Plaintiff's stated duties were to recruit, onboard, train and develop.  None of the duties were performed without the direct oversight and approval of Gilchrist.

22.     In March of 2020, the United States and the Washington, DC region became negatively impacted by the COVID-19 pandemic.  Upon information and belief, Union Kitchen lost staff and revenue.  Plaintiff was asked to perform manual work at different locations such as stocking, receiving deliveries, covering retail shifts, making sandwiches and drinks, cleaning, cashing out customers and preparing for new store openings.  Plaintiff spent approximately 50 percent of her time performing these manual tasks.

23.     The remainder of her time was spent on her stated job duties: recruiting, training, and building culture.  Many of these duties were menial and manual.  For example:

a.      Plaintiff's job duties regarding recruiting consisted of implementing a hiring software platform, scanning applicant resumes and screening applicants before forwarding the candidates to store managers for further evaluation. Store managers made the hiring decisions.

b.      Training consisted of using pre-existing training documents to create a Union Kitchen leadership training program.  Gilchrist supervised the creation of the leadership program, approved the language used and authorized its distribution.

c.      Her duties to develop culture required her to prepare a monthly newsletter by writing the copy and taking pictures.

d.      The time not spent on the above tasks would be spent on menial tasks such as fetching snacks for meetings, making and applying vinyl graphics to store windows and working with the facilities team to physically reorganize stores.

24.     Neither the duties assigned to Plaintiff, nor the duties performed by Plaintiff fall under an exemption to the FLSA or the DMWA.

25.     Plaintiff reported her hours to Defendants each pay period as required. At all times, Defendants were aware of the hours worked by Plaintiff.  Defendants are aware that Plaintiff regularly worked more than 40 hours a week.

26.     Plaintiff was never paid overtime for the hours she worked over 40 per week.


## COUNT 1
(Violation of the Fair Labor Standards Act)


27.     Plaintiff incorporates by reference Paragraphs 1 through 26, as if fully set forth herein.

28.     Defendants Union Kitchen and Gilchrist were aware of Plaintiff's hours and duties, or reasonably should have been aware of them, and required her to work hours in excess of 40 hours per week.

29.     Plaintiff was never paid overtime by Defendants for the hours she worked in excess of 40 hours per week.

30.     Defendant's failure to pay overtime to Plaintiff was a willful and intentional violation of the FLSA.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in the amount of $25,038.46, plus liquidated damages in an equal amount, plus prejudgment interest, attorneys' fees and the costs of this action and further relief as the Court deems just and proper.

### COUNT 2
(District of Columbia Minimum Wage Act)

31.     Employee incorporates by reference Paragraphs 1 through 30, as if fully set forth herein.

32.     Defendants Union Kitchen and Gilchrist were aware of Plaintiff's hours and duties, or reasonably should have been aware of them, and required her to work hours in excess of 40 hours per week.

33.     Plaintiff was never paid overtime by Defendants for the hours she worked in excess of 40 hours per week.

34.     Defendant's failure to pay overtime to Plaintiff was a willful and intentional violation of the FLSA.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in the amount of $25,038.46, plus liquidated damages in an equal amount, prejudgment interest, attorneys' fees and the costs of this action and further relief as the Court deems just and proper.

## COUNT 3
### (Breach of Contract – Deferred Compensation)

35.     Plaintiff incorporates by reference Paragraphs 1 through 34, as if fully set forth herein.

36.     The failure of Defendant Union Kitchen to pay Plaintiff the Deferred Compensation was a material breach of contract.

WHEREFORE, Plaintiff demands judgment against Defendants Union Kitchen in the amount of $17,109.27, plus prejudgment interest, and further relief as the Court deems just and proper.

## COUNT 4
### (Breach of Contract – Bonus)

37.     Plaintiff incorporates by reference Paragraphs 1 through 36, as if fully set forth herein.

38.     When Plaintiff was promoted to People Manager in March of 2020, as part of her compensation program, she was promised a bonus of $2,500 for each new location opened.  The bonuses were earned, due and owing as of the date each new location opened.

39.     During her tenure, two new stores were opened:  one at 1301 K Street and another store at 4102 Wilson Boulevard in Ballston, Virginia.

40.     The failure of Defendant Union Kitchen to pay Plaintiff bonuses in the amount of $5,000 was a material breach of contract.

WHEREFORE, Plaintiff demands judgment against Defendants Union Kitchen in the amount of $5,000, plus prejudgment interest, and further relief as the Court deems just and proper.

## COUNT 5
(District of Columbia Wage Payment and Collection Law)

41.     Employee incorporates by reference Paragraphs 1 through 40, as if fully set forth herein.

42.     Pursuant to the WPCL, Defendant Union Kitchen was required to pay Plaintiff all amounts owed to her for work performed before termination at or before the date Plaintiff would have been paid had she not been terminated, or not later than two weeks thereafter.

43.     Defendant Union Kitchen has failed and refused to pay Plaintiff for overtime, the Deferred Compensation and for her bonuses, all of which are "wages" under the Act, and therefore Defendant is in violation of the Act.

44.     There is no bona fide dispute justifying the non-payment of these items.

WHEREFORE, Plaintiff demands judgement against Defendant Union Kitchen in the amount of $47,057.74, plus quadruple damages, plus prejudgment interest, plus attorneys' fees and the costs of this action.

_____
Wendy H. Moore
Henderson J. Brown
202-213-3825
The Moore Law Group, LLC
323 W. Camden Street, Suite 410
Baltimore, Maryland 21201
*Attorneys for Lauren Watkins*

## DEMAND FOR JURY TRIAL

Employee Lauren Watkins demands a jury trial as to all issues triable by a jury.

_____
Wendy Hartmann Moore

**Case Caption:**   Lauren Watkins v. Union Kitchen, LLC et. al.

**To:**  Union Kitchen, LLC                                **Case Number:**   2023-CAB-001065

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) Remote Initial Scheduling Conference on 06/16/2023 at 9:30 AM in **Remote Courtroom 219**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

    Link: dccourts.webex.com/meet/ctb219

    Meeting ID: 129 315 2924

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
    Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Union Kitchen, LLC
1369 New York Avenue NE
Washington DC  20002

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Wendy A Hartmann
The Moore Law Group LLC
323 W Camden Street Suite 410
Baltimore MD  21201

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Lauren Watkins v. Union Kitchen, LLC et. al.

**To:**   Wendy A Hartmann                                    **Case Number:**    2023-CAB-001065

**NOTICE OF REMOTE SCHEDULING CONFERENCE**

Your case is scheduled for a(n) **Remote Scheduling Conference** on **10/13/2023** at **9:30 AM** in **Remote Courtroom 219**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb219

   Meeting ID: 129 315 2924

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services:**

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤት ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩን የጸሐፊ ቢሮ (ክለርክ'ስ አፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **LAUREN WATKINS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNION KITCHEN, LLC, *et al.*,**<br><br>**Defendants.** | **Case No.   2023 CAB 001065**<br><br><br>**Judge Ebony M. Scott**<br><br><br>**Next Event: Remote Scheduling Conference**<br>**September 8, 2023 at 9:30 a.m.** |

## <u>ORDER GRANTING AMENDED MOTION FOR ALTERNATIVE SERVICE</u>

This matter is before the Court on Plaintiff's Amended Motion for Alternative Service, filed on July 17, 2023. No Opposition has been filed.

In the Motion, Plaintiff states that Plaintiff filed the Complaint in this case on February 22, 2023. Mot. at 1. On February 24, 2023, Plaintiff's counsel contacted counsel for Defendants and asked if they would accept service. *Id.* On March 20, 2023, Plaintiff's counsel was advised that Defendants had changed counsel and Plaintiff's counsel contacted the new counsel for Defendants. *Id.* Counsel for Defendants stated that they would be checking with their clients, but purportedly stopped responding. *Id.* Plaintiff attempted service via process server who made multiple attempts to serve Defendant Gilchrist, who is also the registered agent for Defendant Union Kitchen, at his place of employment and residence. *Id.* at 2. Indeed, on June 16, 2023, Plaintiff filed an Affidavit of Non-Service detailing the multiple unsuccessful attempts made at service. *See* 06/16/23 Affidavit of Non-Service. Plaintiff's counsel also appeared before this Court on June 16, 2023 for a Scheduling Conference, whereby this Court granted Plaintiff an additional sixty (60) days to serve Defendants Gilchrist and Union Kitchen, LLC. Plaintiff filed the instant Motion on July 17,

2023, requesting leave to serve both Defendants via electronic mail at cullen@unionkitchen.com.
Mot. at 2.

Super. Ct. Civ. R. 4(e)(3)(C) provides that "[t]he party seeking to use an alternative method of service must file a motion with an affidavit specifying the diligent efforts to serve by methods prescribed in Rule 4(c) or (e)(1)-(2)." Further, Super. Ct. Civ. R. 4(e)(3)(A) provides that "[i]f the [C]ourt determines that, after diligent effort, a party [was] unable to accomplish service by a method prescribed in Rule 4(c) or (e)(1)-(2), the [C]ourt may permit an alternative method of service that the [C]ourt determines is reasonably calculated to give actual notice of the action to the party to be served."

Here, the Court finds that the Affidavit of Non-Service, attached to the Amended Motion for Alternative Service, demonstrates diligent attempts by a Private Process Server to serve Defendants on June 1, 2, 5, 6, 8, 20, 29, 30 and July 3, 2023 in the District of Columbia. *See* 06/16/23 Affidavit of Non-Service. Thus, the Court finds that service pursuant to Super. Ct. Civ. R. 4(e)(3) is appropriate at this time. Given the Court's ruling, the Court shall grant Plaintiff's Amended Motion for Alternative Service and will *sua sponte* grant Plaintiff an additional thirty (30) days to serve Defendants pursuant to this Order. Pursuant to Super. Ct. Civ. R. 4(e)(3), Plaintiff shall file **two separate** Affidavits of Service showing that service was effectuated on Defendants Union Kitchen, LLC and Cullen Gilchrist via cullen@unionkitchen.com. These Affidavits of Service shall be filed on or before September 14, 2023. Further, the Plaintiff shall send by Certified Mail, with return receipt requested, a copy of the summons and Complaint and notice of service to the Defendants at Defendants' last known addresses. If Defendants are properly served on or before September 14, 2023, Defendants shall file an Answer or any other

responsive pleading on or before October 5, 2023. The Court will also continue the parties' September 8, 2023 Remote Scheduling Conference to October 13, 2023, at 9:30 a.m.

Accordingly, on this **15ᵗʰ day of August, 2023**, it is hereby:

**ORDERED** that Plaintiff's Amended Motion for Alternative Service is **GRANTED**; it is further

**ORDERED** that the time for service is extended, *nunc pro tunc*, to **September 14, 2023**; it is further

**ORDERED** that Plaintiff **SHALL SERVE both** Defendants at cullen@unionkitchen.com and by Certified Mail, with return receipt requested, by **September 14, 2023**; it is further

**ORDERED** that Plaintiff must serve on the Defendants a copy of the instant Order, and notice of the new court date, along with the materials identified in Super. Ct. Civ. R. 4(c)(1), and file **two separate affidavits** establishing proof of service by **September 14, 2023**, or by that date file a Motion to Extend the Time for Service; and it is further

**ORDERED** that the September 8, 2023 Scheduling Conference Hearing is **CONTINUED** to **October 13, 2023, at 9:30 a.m.**, before Judge Ebony M. Scott in remote Courtroom 219. Instructions for participation in the remote hearing are attached.

**SO ORDERED**.

**Associate Judge Ebony M. Scott**
*(Signed in Chambers)*

**Copies via Odyssey to:**

Wendy A. Hartmann
wendy@themoorelawgroupllc.com
*Counsel for Plaintiff*

**Copies via Electronic Mail to:**

Cullen Gilchrist
cullen@unionkitchen.com
*Defendant*

**Copies via US Mail to:**

Union Kitchen LLC
1369 New York Avenue, NE
Washington, DC 20002
*Defendant*

## VIRTUAL COURTROOM INSTRUCTIONS FOR COURTROOM 219

During the period of remote operation, as determined by the Chief Judge of the Superior Court, some proceedings in matters on Calendar 8 will take place in Virtual Courtroom 219, which the parties and counsel may access in the following ways:

(1)     Going to the WebEx website at https://dccourts.webex.com/meet/ctb219 or going to https://dccourts.webex.com and entering meeting ID number 129 315 2924; or

(2)     Downloading the WebEx Meetings app, opening the app, selecting Join Meeting, and entering https://dccourts.webex.com/meet/ctb219; or

(3)      Calling 1-844-992-4726 or 202-860-2110, then entering meeting ID number 129 315 2924#, then pressing # again to enter the meeting.

Parties having trouble connecting to their remote hearing may contact chambers at judgescottchambers@dcsc.gov as staff will be monitoring the e-mails closely during hearings.

**Failure to appear at a remote proceeding may result in the Court entering an unfavorable ruling against you, including dismissal of a case or entry of default.**

## COURTROOM PROTOCOL

**Guidelines**:  When entering the virtual courtroom (by dialing in on a phone, or signing in through the website or app), a party or counsel should not attempt to speak because another hearing may be underway.  Each party should be automatically muted by the courtroom clerk when you first arrive.  If you are using the WebEx website or the app, you may check in with the courtroom clerk using the "chat" function.  If you are on a telephone, you should wait for your case to be called.

**Option to Appear In-Person for Remote Hearings**:  Even though your case has been set as a remote hearing, you have the choice to come in person to the Court for your hearing. If you would like to participate in person, please try to notify the Court before your hearing date. Whether you come in person or participate remotely, your case will still be fully heard by the Judge.  Instructions for participation in remote hearings may be found above and here: https://www.dccourts.gov/services/remote-hearing-information.

**Exhibits**:  If you intend to rely on exhibits or other documents during the hearing, you must e-mail the exhibits to the Court at judgescottchambers@dcsc.gov, copying all sides, no later than 5:00 p.m. three business days before the hearing.  You must also file the exhibits on the docket and provide a copy of the exhibits to any witness before the hearing.  The exhibits must be separately labeled so that they can be easily identified by all parties and the Court during the remote hearing.