UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAUREN WATKINS,

    *Plaintiff*,

v.

UNION KITCHEN LLC, et al.,

    *Defendants*.

Civil Action No. 1:23-cv-2686 (CJN)

## SCHEDULING ORDER

After review of the Parties' Meet and Confer Statement, ECF No. 11, it is hereby **ORDERED** that this Scheduling Order will govern the conduct of this matter.

1. The schedule for proceedings will be as follows:

    a. On or before **November 4, 2024**, the Parties shall file any motions to amend the pleadings or to join parties.

    b. On or before **November 19, 2024**, the Parties shall make initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

    c. On or before **February 3, 2025**, Plaintiff shall make any expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2).

    d. On or before **February 10, 2025**, the Parties shall, if they wish to engage in mediation, file a joint motion captioned "Joint Motion for Mediation."

    e. On or before **March 5, 2025**, Defendant shall make any expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2).

    f. On or before **March 19, 2025**, Plaintiff shall make any expert disclosures as to any rebuttal experts as required by Federal Rule of Civil Procedure 26(a)(2).

   g. On or before **May 21, 2025**, discovery shall close.

   h. On or before **June 30, 2025**, the Parties shall file any dispositive motions.

2. If a discovery dispute arises, the Parties shall confer in good faith to resolve it. If the Parties are unable to resolve the dispute, then the Parties shall arrange for a telephonic conference with the Court by contacting the Courtroom Deputy Clerk, Courtney Moore, at Courtney_Moore@dcd.uscourts.gov or (202) 354-3101. Before that conference, the Parties shall jointly submit a short email summary of the dispute to the Court at Nichols_Chambers@dcd.uscourts.gov. The Parties may not file a discovery motion without leave of Court. A party who does not prevail in a discovery dispute may be ordered to pay the costs involved, including reasonable attorney's fees.

October 17, 2024

                     _____
                     CARL J. NICHOLS
                     United States District Judge